1   LAW OFFICE OF RICCI & SPROULS
    Attorneys at Law
2   445 Washington Street
    San Francisco, California 94111
3   (415) 391 2100
    FAX (415) 391 4678
4   FRANK P. SPROULS State Bar #166019
5   Attorney for Petitioner

                UNITED STATES DISTRICT COURT
6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
7
    Petitioner,
8
    Ana Gourkova
9   v.

10  MICHAEL MUKASEY, ATTORNEY        PETITION FOR WRIT OF
    GENERAL OF THE UNITED STATES
11  AND                             MANDAMUS
12  CHARLES De Moore,
    Acting   District   Director,   C08 01817   JF
13  San Jose Office, U.S. BUREAU
    OF CITIZENSHIP AND IMMIGRATION                PVT
14  SERVICES

15  Respondents

16

17

18      The  Petitioner  hereby  petitions  this  Court  for

19  extraordinary  relief  in  the  nature  of  a  writ  of  mandamus,

20  directed  to  Defendant,  MICHAEL MUKASEY,  Attorney General  and his

21  employees  and  agents  in  the  Bureau  of  Citizenship  and

22  Immigration Services;  specifically  the  District Director  of the

23  San  Francisco  Office  of  the  Bureau  of  Citizenship  and

24  Immigration Services.

25

PETITION FOR WRIT OF MANDAMUS Gourkova  v. Mukasey                    1

This action seeks the very **_modest_** relief of compelling the District Director of the San Francisco Office to **_simply_** render a decision on her application for Citizenship

In support of this petition, Plaintiff alleges the following:

### THE PARTIES

1. Plaintiff, Ana Gourkova(hereafter the "petitioner"), is a Lawful Permanent Resident of the United States. (Exhibit A)

2. On June 16, 2006, she filed form N-400 – an application for United States citizenship. (Exhibit B)

3. The Petitioner is a college-educated wife and mother, with absolutely nothing negative in her background.

4. On December 19, 2006 we entered a request into the San Jose Citizenship processing database and it revealed that they were processing case that were filed on or before May 14, 2006, suggesting, of course, that the matter was only a month away from the first step in adjudication, i.e., her preliminary examination wherein she will be asked to demonstrate her proficiency in English and her understanding of United States history. This will be an easy task for this very brightly young woman. (Exhibit C)

5. Subsequent to that inquiry, we made **_eight_** separate further inquires, simply seeking an interview. (Exhibit D)

---

PETITION FOR WRIT OF MANDAMUS <u>Gourkova   v. Mukasey</u>                    2

6. Finally, on 11/20/07 we made it clear that we would be filing the instant action. (Exhibit E)

7. We gave them a due date of January 10, 2008.

8. Plaintiff is understandably frustrated by the INS refusal to act, what Oliver Wendell Holmes in another context referred to as "an indomitable repose on the status quo" and we must reluctantly turn to this Court for relief.

## ARGUMENT

### A. Governing Law

The relief of mandamus is only available if the petitioner demonstrates "(1) a clear right to the relief, (2) a clear duty by the defendant to do the act requested, and (3) the lack of any other adequate remedy." Allied Chemical Corp. et. al v. Daiflon, 449 U.S. 33 (1980)

This case abundantly meets the test for mandamus relief.

### I. Clear Right to the Relief

Any Resident seeking to file for Citizenship must file the application administratively before the United States Citizenship and Immigration Services.

Now, counsel fully recognizes that this is not an issue of grave constitutional or statutory importance, however, for the petitioner, it is of enormous importance.

The Petitioner is an educated, professional whose life is marked by productivity, responsibility and law abidance.

She has played by the immigration rules; she has never been out of status during her tenure in the United States.

She is seeking to join the American community in the most meaningful way possible.

By the failure of the Respondents to act on the application for Citizenship, they have trenched upon and effectively nullified her statutory rights.

Consequently, Petitioner must turn to this court for equitable intervention.

**II. CLEAR DUTY TO ACT**

Nearly two years have passed since the Petitioner timely filed her application fro Citizenship and she has not even been called for an interview.

The Preliminary examination is the essential procedural predicate to the granting of the application.

It can not be claimed that the Respondent do not have a clear duty to act.

**III. Lack of Any Other Adequate Remedy**

The Defendant/Respondents are, of course, the only entity legally empowered to issue a decision on her application for a Citizenship.

At the present time, it is painfully clear that the applicant/petitioner has no other relief at law.

### Nature of Relief Sought

This action asks the Court to issue a writ of mandamus compelling the defendants to simply schedule her for an interview on her duly filed application for Citizenship.

Dated: _____4 ⌐ 3_____ 2008

_____

Frank P. Sprouls

**EXHIBIT A**



PERMANENT RESIDENT CARD

NAME GOURKOVA, ANNA

INS A# ████-063

Birthdate      Category      Sex
08/26/75                      F.

Country of Birth
Russia
CARD EXPIRES 12/05/13
Resident Since 08/13/01

C1USA0757480637WAC0106852840<<
7508262F1312090RUS<<<<<<<<<<8
GOURKOVA<<ANNA<<<<<<<<<<<<<<<

**EXHIBIT B**

Act ✓

**RICCI SPROULS PC**
**LAW OFFICE**
445 Washington Street, San Francisco, CA 94111
Tel (415) 391-2100     Fax (415) 391-4678



June 16, 2006

U.S. DEPARTMENT OF JUSTICE
IMMIGRATION & NAT. SERVICE
CA SERVICE CENTER
P.O. BOX 10400
LAGUNA NIGUEL, CA 92607-0400

RE:    GOURKOVA, Anna
        A#■■■■063

Please find enclosed

N-400 Form
2 Photos
G-28 Form
Money Order of $400.00

If you have any questions please call me at the above number.

Sincerely,

Eileen Solorzano
RICCI SPROULS PC

7006 0100 0002 0381 9333

OMB No. 1615-0052

**Department of Homeland Security**
U.S Citizenship and Immigration Services

**N-400 Application
for Naturalization**

Print clearly or type your answers using CAPITAL letters. Failure to print clearly may delay your application. Use black ink.

| Part 1. Your Name. *(The Person Applying for Naturalization)* | Write your USCIS "A"- number here: A ⬛063 |

**A.** Your current legal name.

Family Name *(Last Name)*

| GOURKOVA |

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| ANNA | |

**For USCIS Use Only**

| Bar Code | Date Stamp |

**B.** Your name exactly as it appears on your Permanent Resident Card.

Family Name *(Last Name)*

| GOURKOVA |

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
| ANNA | |

Remarks

**C.** If you have ever used other names, provide them below.

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
| NONE | | |
| | | |
| | | |

**D.** Name change *(optional)*

Please read the Instructions before you decide whether to change your name.

**1.** Would you like to legally change your name?   ☑ Yes   ☐ No

**2.** If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

| ROYTBERG |

| Given Name *(First Name)* | Full Middle Name |
| ANNA | |

Action Block

| Part 2. Information About Your Eligibility    *(Check Only One)* |

I am at least 18 years old **AND**

**A.** ☑ I have been a Lawful Permanent Resident of the United States for at least five years.

**B.** ☐ I have been a Lawful Permanent Resident of the United States for at least three years, **and** I have been married to and living with the same U.S. citizen for the last three years, and my spouse has been a U.S. citizen for the last three years.

**C.** ☐ I am applying on the basis of qualifying military service.

**D.** ☐ Other *(Please explain)* _____

f

| Part 3. Information About You. | Write your USCIS "A"- number here:<br>A██████ 063 |
| --- | --- |

**A.** U.S. Social Security Number   **B.** Date of Birth *(mm/dd/yyyy)*   **C.** Date You Became a Permanent Resident *(mm/dd/yyyy)*

| ████3261 | 8/26/1975 | 08/13/2001 |
| --- | --- | --- |

**D.** Country of Birth

| RUSSIAN FED. |
| --- |

**E.** Country of Nationality

| RUSSIAN FED. |
| --- |

**F.** Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☐ Yes   ☑ No

**G.** What is your current marital status?   ☐ Single, Never Married   ☑ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)*

**H.** Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☑ No

**I.** Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☑ No

If you answered "Yes," check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

| Part 4. Addresses and Telephone Numbers. |
| --- |

**A.** Home Address - Street Number and Name *(Do not write a P.O. Box in this space)*   Apartment Number

| 788 ENCBNA GRANDE DRIVE | |
| --- | --- |

| City | County | State | ZIP Code | Country |
| --- | --- | --- | --- | --- |
| PALO ALTO | | CA | 94306 | USA |

**B.** Care of   Mailing Address - Street Number and Name *(If different from home address)*   Apartment Number

| | | |
| --- | --- | --- |

| City | State | ZIP Code | Country |
| --- | --- | --- | --- |
| | | | |

**C.** Daytime Phone Number *(If any)*   Evening Phone Number *(If any)*   E-mail Address *(If any)*

| (    ) | ( 650 ) 714-1901 | |
| --- | --- | --- |

**Part 5. Information for Criminal Records Search.**

Write your USCIS "A"- number here:
A ████063

NOTE: The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

☐ Male   ☑ Female

**B. Height**

5 Feet  4 Inches

**C. Weight**

150 Pounds

**D. Are you Hispanic or Latino?**   ☐ Yes   ☑ No

**E. Race** *(Select one or more.)*

☑ White   ☐ Asian   ☐ Black or African American   ☐ American Indian or Alaskan Native   ☐ Native Hawaiian or Other Pacific Islander

**F. Hair color**

☐ Black   ☑ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

**G. Eye color**

☐ Brown   ☐ Blue   ☑ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

**Part 6. Information About Your Residence and Employment.**

A. Where have you lived during the last five years? Begin with where you live now and then list every place you lived for the last five years. If you need more space, use a separate sheet(s) of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(mm/dd/yyyy)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 1997 | Present |
| | | |
| | | |
| | | |
| | | |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last five years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last five years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(mm/dd/yyyy)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| VALTEX INTERNATION CORP. | PALO ALTO, CA | 9/1998 | PRESENT TIME | PRODUCTS MANAGER |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Part 7.  Time Outside the United States. *(Including Trips to Canada, Mexico and the Caribbean Islands)* | Write your USCIS "A"- number here: A ███████063 |
| --- | --- |

**A.** How many total days did you spend outside of the United States during the past five years?   **168** days

**B.** How many trips of 24 hours or more have you taken outside of the United States during the past five years?   **16** trips

**C.** List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet(s) of paper.

| Date You Left the United States (mm/dd/yyyy) | Date You Returned to the United States (mm/dd/yyyy) | Did Trip Last Six Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
| --- | --- | --- | --- | --- |
| 05/3/2006 | 5/22/2006 | ☐Yes ☑No | RUSSIA | 19 |
| 7/2/2005 | 7/9/2005 | ☐Yes ☑No | COSTA RICA | 7 |
| 3/18/2005 | 4/10/2005 | ☐Yes ☑No | RUSSIA | 23 |
| 12/24/2004 | 01/02/2005 | ☐Yes ☑No | UNITED KINGDOM | 9 |
| 11/24/2004 | 11/30/2004 | ☐Yes ☑No | RUSSIA | 6 |
| 7/07/2004 | 7/19/2004 | ☐Yes ☑No | RUSSIA | 12 |
| 6/10/2004 | 6/20/2004 | ☐Yes ☑No | PORTUGAL | 10 |
| 1/01/2004 | 1/11/2004 | ☐Yes ☑No | SWITZERLAND, FRANCE | 10 |
| 5/03/03 | 5/19/2003 | ☐Yes ☑No | RUSSIA | 16 |
| 1/29/2003 | 2/2/2003 | ☐Yes ☑No | MEXICO | 4 |

## Part 8.  Information About Your Marital History.

**A.** How many times have you been married (including annulled marriages)?   **1**   If you have never been married, go to Part 9.

**B.** If you are now married, give the following information about your spouse:

**1.** Spouse's Family Name *(Last Name)*
ROYTBERG

Given Name *(First Name)*
PAUL

Full Middle Name *(If applicable)*

**2.** Date of Birth *(mm/dd/yyyy)*
4/6/1970

**3.** Date of Marriage *(mm/dd/yyyy)*
5/25/2006

**4.** Spouse's U.S. Social Security #
█████9164

**5.** Home Address - Street Number and Name
788 ENCINA GRANDE DRIVE

Apartment Number

City
PALO ALTO

State
CA

Zip Code
94306

ANNA GOURKOVA
A# 75 748 063

PAGE 4.

**PART 7. TIME OUTSIDE THE UNITED STATES**

**C.**

| 10/20/2002 | 10/09/2002 | NO | UNITED KINGDOM | 7 |
| 05/24/2002 | 06/02/2002 | NO | UK ITALY | 9 |
| 02/14/2002 | 02/18/2002 | NO | RUSSIA | 4 |
| 01/01/2002 | 01/13/2002 | NO | AUSTRIA | 12 |
| 08/09/2001 | 08/22/2001 | NO | RUSSIA | 13 |
| 04/13/2001 | 04/20/2001 | NO | ITALY | 7 |

**Part 8. Information About Your Marital History.** *(Continued)*

Write your USCIS "A"- number here:
A ████ 063

**C.** Is your spouse a U.S. citizen?  ☑ Yes  ☐ No

**D.** If your spouse is a U.S. citizen, give the following information:

   **1.** When did your spouse become a U.S. citizen?  ☐ At Birth  ☑ Other

   If "Other," give the following information:

   **2.** Date your spouse became a U.S. citizen

   | 8/21/2002 |

   **3.** Place your spouse became a U.S. citizen *(Please see Instructions)*

   | SAN JOSE, CA |
   City and State

**E.** If your spouse is not a U.S. citizen, give the following information :

   **1.** Spouse's Country of Citizenship

   | RUSSIAN FED. |

   **2.** Spouse's USCIS "A" - Number *(If applicable)*

   | A NONE |

   **3.** Spouse's Immigration Status

   ☐ Lawful Permanent Resident  ☐ Other _____

**F.** If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1-5 below.

   **1.** Prior Spouse's Family Name *(Last Name)*  | Given Name *(First Name)*  | Full Middle Name *(If applicable)*

   | NONE | | |

   **2.** Prior Spouse's Immigration Status

   ☐ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other

   **3.** Date of Marriage *(mm/dd/yyyy)*

   **4.** Date Marriage Ended *(mm/dd/yyyy)*

   **5.** How Marriage Ended

   ☐ Divorce  ☐ Spouse Died  ☐ Other

**G.** How many times has your current spouse been married (including annulled marriages)?  | 2 |

   If your spouse has **ever** been married before, give the following information about **your spouse's prior marriage.**
   If your spouse has more than one previous marriage, use a separate sheet(s) of paper to provide the information requested in Questions 1 - 5 below.

   **1.** Prior Spouse's Family Name *(Last Name)*  | Given Name *(First Name)*  | Full Middle Name *(If applicable)*

   | SHNAYDMAN | MARIYA | |

   **2.** Prior Spouse's Immigration Status

   ☑ U.S. Citizen
   ☐ Lawful Permanent Resident
   ☐ Other

   **3.** Date of Marriage *(mm/dd/yyyy)*

   | 4/4/1992 |

   **4.** Date Marriage Ended *(mm/dd/yyyy)*

   | 5/12/1997 |

   **5.** How Marriage Ended

   ☑ Divorce  ☐ Spouse Died  ☐ Other

**Part 9. Information About Your Children.**

Write your USCIS "A"- number here:
~~~~~063

**A.** How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

[ 1 ]

**B.** Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet(s) of paper.

| Full Name of Son or Daughter | Date of Birth (mm/dd/yyyy) | USCIS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State and Country) |
|---|---|---|---|---|
| ROYTBERG ELIZABETH | 11/26/2005 | A NONE | USA | 788 ENCENA GRANDE DRIVE PALO ALTO CA 94306 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

**Part 10. Additional Questions.**

Please answer Questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes" and (2) provide any additional information that helps to explain your answer.

**A. General Questions.**

1. Have you ever claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☑ No
2. Have you ever registered to vote in any Federal, state or local election in the United States?  ☐ Yes  ☑ No
3. Have you ever voted in any Federal, state or local election in the United States?  ☐ Yes  ☑ No
4. Since becoming a Lawful Permanent Resident, have you ever failed to file a required Federal, state or local tax return?  ☐ Yes  ☑ No
5. Do you owe any Federal, state or local taxes that are overdue?  ☐ Yes  ☑ No
6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☑ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last five years?  ☐ Yes  ☑ No

| Part 10. Additional Questions. (Continued) | Write your USCIS "A"- number here: |
|---|---|
| | ████████063 |

**B. Affiliations.**

8. **a.** Have you ever been a member of or associated with any organization, association, fund, foundation, party, club, society or similar group in the United States or in any other place?   ☐ Yes  ☑ No

**b.** If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet(s) of paper.

| Name of Group | Name of Group |
|---|---|
| 1. | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you ever been a member of or in any way associated *(either directly or indirectly)* with:

    **a.** The Communist Party?   ☐ Yes  ☑ No

    **b.** Any other totalitarian party?   ☐ Yes  ☑ No

    **c.** A terrorist organization?   ☐ Yes  ☑ No

10. Have you ever advocated *(either directly or indirectly)* the overthrow of any government by force or violence?   ☐ Yes  ☑ No

11. Have you ever persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group or political opinion?   ☐ Yes  ☑ No

12. Between March 23, 1933 and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

    **a.** The Nazi government of Germany?   ☐ Yes  ☑ No

    **b.** Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?   ☐ Yes  ☑ No

    **c.** Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp or transit camp?   ☐ Yes  ☑ No

**C. Continuous Residence.**

Since becoming a Lawful Permanent Resident of the United States:

13. Have you ever called yourself a "nonresident" on a Federal, state or local tax return?   ☐ Yes  ☑ No

14. Have you ever failed to file a Federal, state or local tax return because you considered yourself to be a "nonresident"?   ☐ Yes  ☑ No

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
▓▓▓▓063

**D. Good Moral Character.**

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer or attorney, told you that you no longer have a record.

15. Have you ever committed a crime or offense for which you were **not** arrested? ☐ Yes ☑ No

16. Have you ever been arrested, cited or detained by any law enforcement officer (including USCIS or former INS and military officers) for any reason? ☐ Yes ☑ No

17. Have you ever been charged with committing any crime or offense? ☐ Yes ☑ No

18. Have you ever been convicted of a crime or offense? ☐ Yes ☑ No

19. Have you ever been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No

20. Have you ever received a suspended sentence, been placed on probation or been paroled? ☐ Yes ☑ No

21. Have you ever been in jail or prison? ☐ Yes ☑ No

If you answered "Yes" to any of Questions 15 through 21, complete the following table. If you need more space, use a separate sheet (s) of paper to give the same information.

| Why were you arrested, cited, detained or charged? | Date arrested, cited, detained or charged? (mm/dd/yyyy) | Where were you arrested, cited, detained or charged? (City, State, Country) | Outcome or disposition of the arrest, citation, detention or charge (No charges filed, charges dismissed, jail, probation, etc.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer Questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes" and (2) any additional information or documentation that helps explain your answer.

22. Have you ever:
   a. Been a habitual drunkard? ☐ Yes ☑ No
   b. Been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No
   c. Sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No
   d. Been married to more than one person at the same time? ☐ Yes ☑ No
   e. Helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No
   f. Gambled illegally or received income from illegal gambling? ☐ Yes ☑ No
   g. Failed to support your dependents or to pay alimony? ☐ Yes ☑ No

23. Have you ever given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal? ☐ Yes ☑ No

24. Have you ever lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

---

**Part 10. Additional Questions. (Continued)**

Write your USCIS "A"- number here:
███████063

**E.  Removal, Exclusion and Deportation Proceedings.**

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26. Have you ever been removed, excluded or deported from the United States?  ☐ Yes  ☑ No

27. Have you ever been ordered to be removed, excluded or deported from the United States?  ☐ Yes  ☑ No

28. Have you ever applied for any kind of relief from removal, exclusion or deportation?  ☐ Yes  ☑ No

**F. Military Service.**

29. Have you ever served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31. Have you ever applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32. Have you ever deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

**G. Selective Service Registration.**

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays
in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO," go on to question 34.

If you answered "YES," provide the information below.

If you answered "YES," but you did not register with the Selective Service System and are still under 26 years of age, you
must register before you apply for naturalization, so that you can complete the information below:

Date Registered (mm/dd/yyyy) [　　　　　　]     Selective Service Number [　　　　　　]

If you answered "YES," but you did not register with the Selective Service and you are now 26 years old or older, attach a
statement explaining why you did not register.

**H. Oath Requirements.** *(See Part 14 for the Text of the Oath)*

Answer Questions 34 through 39.  If you answer "No" to any of these questions, attach (1) your written explanation why the
answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian
direction?  ☑ Yes  ☐ No

| **Part 11. Your Signature.** | Write your USCIS "A"- number here: |
|---|---|
| | ~063 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information that the USCIS needs to determine my eligibility for naturalization.

| Your Signature | Date (mm/dd/yyyy) |
|---|---|
| *[signature]* | 6/13/2006 |

**Part 12. Signature of Person Who Prepared This Application for You.** *(If Applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

| Preparer's Printed Name | Preparer's Signaure |
|---|---|
| JOHN E. RICCI FRANK P. SPROULS | *[signature]* |

| Date (mm/dd/yyyy) | Preparer's Firm or Organization Name *(If applicable)* | Preparer's Daytime Phone Number |
|---|---|---|
| 6/13/2006 | RICCI SPROULS, PC | 415 391-2100 |

| Preparer's Address - Street Number and Name | City | State | Zip Code |
|---|---|---|---|
| 445 WASHINGTON ST. | SAN FRANCISCO | CA | 94111 |

**NOTE: Do not complete Parts 13 and 14 until a USCIS Officer instructs you to do so.**

**Part 13. Signature at Interview.**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____

| | Officer's Printed Name or Stamp | Date (mm/dd/yyyy) |
|---|---|---|
| Complete Signature of Applicant | Officer's Signature | |
| | | |

**Part 14. Oath of Allegiance.**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;

that I will bear true faith and allegiance to the same;

that I will bear arms on behalf of the United States when required by the law;

that I will perform noncombatant service in the Armed Forces of the United States when required by the law;

that I will perform work of national importance under civilian direction when required by the law; and

that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

| Printed Name of Applicant | Complete Signature of Applicant |
|---|---|
| | |

**EXHIBIT  C**

District Office Processing Date

# U.S. Citizenship and Immigration Services



### U.S. Citizenship and Immigration Services
### San Jose CA Processing Dates
### Posted December 18, 2006

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Office is processing and the date the cases were received by the Office.

**How Do I Use Chart:**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Office.

**When Can I Call The National Customer Service Center?**
If you filed your case 30 days or more before the date shown on the chart, and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and responded to it over 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

### District Office Processing Dates for **San Jose CA** Posted December 18, 2006

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|---|---|---|
| I-131 | Application for Travel Documents | September 14, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | June 15, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | August 12, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | August 12, 2006 |
| I-765 | Application for Employment Authorization | September 28, 2006 |
| N-400 | Application for Naturalization | May 14, 2006 |
| N-600 | Application for Certification of Citizenship | January 05, 2006 |



12-19-2006 04:07 PM EST

**EXHIBIT D**

# Case Status Search

Receipt Number:   WSC*001538338

Application Type:   N400, APPLICATION FOR NATURALIZATION

Current Status:
Case received and pending.

On June 27, 2006, we received this N400 APPLICATION FOR NATURALIZATION, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

---

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

6/13/07

Response sent 4/3/07 TO CLIENT

Need to wait 6 months from Date of letter. until

October. 3, 2007.

Eileen

No decision could be made at this point. waiting for backgroud check.

# Case Status Search

Receipt Number:    wsc*001538338

Application Type:    N400, APPLICATION FOR NATURALIZATION

Current Status:
Case received and pending.

On June 27, 2006, we received this N400 APPLICATION FOR NATURALIZATION, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

———————————————————

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

U.S Citizenship and Immigration Services - Case Status Service Online                Page 2 of 2

**Case Services - How do I... know what kind of services are available to me after I file my application or petition?**

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted March 15, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | December 13, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | September 13, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | November 20, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | November 20, 2006 |
| I-765 | Application for Employment Authorization | December 27, 2006 |
| N-400 | Application for Naturalization | July 12, 2006 |
| N-600 | Application for Certification of Citizenship | May 06, 2006 |



04-03-2007 12:09 PM EDT

4/3/07
_____

Spoke to USCIS Officer.
She send out a status request.
We should get an Intv. Notice
in the next week if we dont get
Anything within 60 days call again.
Ref: TAN0930701311 3FNJ

US Citizenship and Immigration Services - Case Status Service Online                    Page 2 of 2

<u>Case Services - How do I... know what kind of services are available to me after I file my application or petition?</u>

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted March 15, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | December 13, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | September 13, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | November 20, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | November 20, 2006 |
| I-765 | Application for Employment Authorization | December 27, 2006 |
| N-400 | Application for Naturalization | July 12, 2006 |
| N-600 | Application for Certification of Citizenship | May 06, 2006 |

 

**03-23-2007 04:25 PM EDT**

3/23/2007

SPOKE TO INS OFFICER AGAIN HE INFORM
TO CALL BACK MARCH 30, 2007.
IF WE HAVENT YET RECEIVE AN INTV.

EILEEN

U.S Citizenship and Immigration Services - Case Status Service Online          Page 2 of 2

Case Services - How do I..., know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual
notice and/or document. If you check case status online and see that your case has been approved, and you
haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the
approval date before contacting us. That is because it may take that long before it is returned to us as
undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Jose CA** Posted February 20, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | November 20, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | August 21, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | November 05, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | November 05, 2006 |
| I-765 | Application for Employment Authorization | December 04, 2006 |
| N-400 | Application for Naturalization | June 30, 2006 |
| N-600 | Application for Certification of Citizenship | April 07, 2006 |



03-01-2007 07:34 PM EST

3/2/07

SPOKE TO INS OFFICER.
WE HAVE TO WAIT 30 DAYS FROM
FEBRUARY 20, 2007.

EILEEN

# Case Status Search

Receipt Number:    wsc*001538338

Application Type:    N400, APPLICATION FOR NATURALIZATION

Current Status:
Case received and pending.

On June 27, 2006, we received this N400 APPLICATION FOR NATURALIZATION, and mailed you a notice describing how we will process your case. Please follow any instructions on this notice. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our CALIFORNIA SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

---

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact Customer Service at (800) 375  5283 or 1-800-767-1833 (TTY).

District Office Processing Dates                                            Page 1 of 1



**U.S. Citizenship and Immigration Services**

<br>

**U.S. Citizenship and Immigration Services**
**San Jose CA Processing Dates**
**Posted January 17, 2007**

The U.S. Citizenship and Immigration Services processes cases in the order in which they are received. Due to the high workload, most of the time your case is pending we will be processing cases that were filed earlier than yours. This chart tells you which cases the Office is processing and the date the cases were received by the Office.

**How Do I Use Chart:**

Locate the type of application or petition you filed under the heading "Form" or "Form Name". Follow the form/form name across to the heading "Processing Cases with Receipt Date of". The date shown in this column represents the filing date of the application or petition that is currently being processed at this Office.

**When Can I Call The National Customer Service Center?**
If you filed your case 30 days or more before the date shown on the chart, and you have not received a request for evidence, a decision, or another notice in the last thirty days, please call our National Customer Service Center at 1-800-375-5283.

If you received a request for evidence and responded to it over 60 days ago and have not received a decision, please call our National Customer Service Center at 1-800-375-5283.

District Office Processing Dates for **San Jose CA** Posted January 17, 2007

| Form | Form Name | Now Processing Cases with Receipt Notice Date of: |
|------|-----------|---------------------------------------------------|
| I-131 | Application for Travel Documents | October 16, 2006 |
| I-485 | Application to Register Permanent Residence or Adjust Status | July 17, 2006 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | October 13, 2006 |
| I-600A | Application for Advance Processing of Orphan Petition | October 13, 2006 |
| I-765 | Application for Employment Authorization | October 30, 2006 |
| N-400 | Application for Naturalization | June 15, 2006 |
| N-600 | Application for Certification of Citizenship | March 02, 2006 |

 

01-25-2007 01:21 PM EST





**RICCI SPROULS PC**
**LAW OFFICE**
445 Washington Street, San Francisco, CA 94111
Tel (415) 391-2100    Fax (415) 391-4678

December 20, 2006

**USCIS**
**San Jose Sub Office**
**1887 Monterey Road**
**San Jose, CA 95112**

RE:    Anna GOURKOVA

N-400 Application

To Whom It May Concern:

Please be advice that our office is representing Ms. Gourkova on her Citizenship case. Ms. Gourkova has an N-400 pending since 6/21/2006 and our office has not received any Interview notice or receipt. Please find enclosed G-28.

WE WILL APPRECIATE ANY EFFORT YOU CAN MAKE IN ORDER TO MAKE IT POSSIBLE.

If you have any questions please call me at the above number.

Sincerely,

Eileen Solorzano
RICCI SPROULS PC

7006 0100 0002 0381 8480

**EXHIBIT E**

*F,Ce*

*LAW OFFICE OF RICCI & SPROULS*
*Attorney at Law*
*445 Washington Street*
*San Francisco, CA  94111*
*(415) 391 2100*

**11/20/07**

To: USCIS
Citizenship Unit
San Jose, CA

<u>RE: Ana Gourkova</u>
<u>LPR</u>
<u>WSC# 001538338</u>

<u>**NOTICE OF PREPARATION OF WRIT OF MANDAMUS AND NOTICE THAT WE**</u>
<u>**WILL FILE THE WRIT IF THE MATTER IS NOT ADJUDICATED BY JAN.**</u>
<u>**10, 2008**</u>

This Citizenship applicant has been patiently waiting for a
preliminary examination since June 16, 2006.

We have made numerous inquiries and we have not received a
satisfactory response.

We have prepared a Writ of Mandamus to compel your action.

The relief of mandamus is only available if the petitioner
demonstrates "(1) a clear right to the relief, (2) a clear
duty by the defendant to do the act requested, and (3) the
lack of any other adequate remedy." <u>Allied Chemical Corp.</u>
<u>et. al v. Daiflon</u>, *449* U.S. 33 (1980)

This case abundantly meets the test for mandamus relief.

We would respectfully expect a preliminary examination by
January 10th.

We expect a prompt (if that word can be used at this late
juncture) and favorable adjudication; however your office is

7007 0710 0000 0527 4415

surely aware that we have no compunction in filing a writ of mandamus.

Sincerely,

Frank P. Sprouls

**PROOF OF SERVICE –**
**Case name   - GOURKAVA**

I, William Sprouls, the undersigned do hereby declare and affirm as follows;

I am employed at the law Office of Ricci and Sprouls at 445 Washington Street, San Francisco, CA and I am not a party to this action.

That on 04/04/07

WRIT OF MANDAMUS

----x-----Regular mail
___ ____E- File

--- X--- Personal Delivery To: _____

__x____US ATTORNEYS OFFICE
CIVIL DIVISION
150 Almaden Suite 900
San Jose, CA 95113


__
DISTRICT DIRECTOR INS
CIIZENSHIP UNIT
630 SANSOME STREET
SAN FRANCISCO, CA 94111


Dated_____2008
_____
WILLIAM SPROULS