JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANA GOURKOVA, ) | No. C 08-1817 JF |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | JOINT MOTION TO EXTEND TIME TO |
| ) | ANSWER; ~~PROPOSED~~ ORDER |
| MICHAEL MUKASEY, Attorney General ) | |
| of the United States; et al., ) | |
| ) | |
|     Defendants. ) | |

    Plaintiff, by and through her attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about April 4, 2008. Defendants' response is due on June 6, 2008.

    2. Pursuant to this Court's April 4, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on August 1, 2008, and attend a case management conference on August 8, 2008.

    3. Further, in order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to modify the dates in the Court's scheduling order as follows:

///

| | | |
|---|---|---|
| 1 | Last day to file Defendants' Answer: | August 1, 2008 |
| 2 | Last day to file Joint ADR Certification: | August 8, 2008 |
| 3 | Last day to file/serve Joint Case Management Statement: | September 5, 2008 |
| 4 | Case Management Conference: | September 12, 2008, at 10:30 a.m. |

Dated: June 2, 2008                                       Respectfully submitted,

                                                          JOSEPH P. RUSSONIELLO
                                                          United States Attorney


                                                          _____/s/_____
                                                          MELANIE L. PROCTOR[1]
                                                          Assistant United States Attorney
                                                          Attorneys for Defendant

Dated: June 2, 2008

                                                          _____/s/_____
                                                          FRANK P. SPROULS
                                                          Attorney for Plaintiff

**PROPOSED ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Dated: 6/12/08

                                                          _____
                                                          JEREMY FOGEL
                                                          United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-1817 JF                                  2