1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  ANA GOURKOVA,                    )    No. C 08-1817 JF
                                     )
13                    Plaintiff,     )
                                     )
14        v.                         )    JOINT MOTION TO DISMISS;
                                     )    PROPOSED ORDER
15  MICHAEL MUKASEY, Attorney General )
    of the United States; et al.,    )
16                                   )
                      Defendants.    )
17  _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOINT MOTION
C 08-1817 JF                     1

1        Plaintiff, by and through her counsel, and Defendants, by and through their counsel, hereby

2  stipulate to dismissal of the above captioned case.

3  Dated: July 29, 2008                  Respectfully submitted,

4                                JOSEPH P. RUSSONIELLO
5                                United States Attorney

6                                  /s/
                                _____
7                                MELANIE L. PROCTOR[1]
                                Assistant United States Attorney
8                                Attorneys for Defendant

9  Dated: July 29, 2008                           /s/
                                _____
10                               FRANK P. SPROULS
                              Attorney for Plaintiff

11                        **PROPOSED ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby

13  TERMINATED.  The Clerk shall close the file.

14  Dated:

15                                _____
                                JEREMY FOGEL
16                                United States District Judge

17

18

19

20

21

22

23

24

25

26

27      [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any

28  signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-1817 JF             2