**E-filed 8/8/08**

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12 ANA GOURKOVA,                    )   No. C 08-1817 JF
                                    )
13                Plaintiff,        )
                                    )
14      v.                          )   JOINT MOTION TO DISMISS;
                                    )   PROPOSED ORDER
15 MICHAEL MUKASEY, Attorney General)
   of the United States; et al.,    )
16                                  )
                  Defendants.       )
17 _____)

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

JOINT MOTION
C 08-1817 JF                         1

1 | Plaintiff, by and through her counsel, and Defendants, by and through their counsel, hereby stipulate to dismissal of the above captioned case.

Dated: July 29, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

         /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendant

Dated: July 29, 2008

         /s/
FRANK P. SPROULS
Attorney for Plaintiff

**P~~ROPOSED~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED. The Clerk shall close the file.

Dated: 8/8/08

JEREMY FOGEL
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
C 08-1817 JF      2